AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DAVID JAMAL WALKER,

        Petitioner,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: CV 320-013
(Formerly CR 317-005)

UNITED STATES OF AMERICA,

        Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated September 14, 2020, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, Respondent's Motion to Dismiss Petitioner's motion filed pursuant to 28 U.S.C. § 2255 is GRANTED and Petitioner's said motion is hereby DISMISSED. Furthermore, Petitioner is denied a certificate of appealability in this case and Petitioner is not entitled to appeal in forma pauperis. Judgment is hereby entered in favor of Respondent and this civil action stands CLOSED.



09/14/2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*Jamie Hodge*
*(By) Deputy Clerk*